**Charles L. FREEZE, Plaintiff—Appellant,**

**v.**

**UNITED STATES of America, Substituted for defendant, Dr. Donald Durham Volkmer; Donald Durham Volkmer, Dr., Defendants—Appellees.**

No. 04–2573.

United States Court of Appeals,
Fourth Circuit.

Submitted May 19, 2005.

Decided May 24, 2005.

Charles L. Freeze, Appellant pro se. Lynne P. Klauer, Office of the United States Attorney, Greensboro, North Carolina, for Appellees.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Charles L. Freeze appeals the district court's orders dismissing his civil complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Freeze v. United States,* No. CA–03–596–1 (M.D.N.C. Nov. 15, 2004; Dec. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*